UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IMAN HAKIMI, | |
|     Plaintiff, | Case No. 2:16-cv-02303-APG-CWH |
| v. | |
| SHELLPOINT MORTGAGE SERVICING, | REPORT AND RECOMMENDATION |
|     Defendant. | |

On October 19, 2016, the court entered an order denying Plaintiff Iman Hakimi's application to proceed *in forma pauperis* and requiring Plaintiff to pay the $350.00 filing fee, plus the $50.00 administrative fee, within 30 days from the date of the court's order. (Order (ECF No. 2).) The court advised Plaintiff that failure to timely comply with its order would result in a recommendation that this case be dismissed. (*Id.*) Plaintiff has not taken any action in this case since the court's order dated October 19, 2016, and therefore appears to have abandoned this case.

IT IS THEREFORE RECOMMENDED that Plaintiff Iman Hakimi's case be dismissed without prejudice.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: January 5, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**