UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IMAN HAKIMI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHELLPOINT MORTGAGE SERVICING,<br><br>　　　　Defendant. | Case No. 2:16-cv-02303-APG-CWH<br><br>**ORDER ON REPORT AND RECOMMENDATION**<br><br>(Dkt. No. 3) |

On January 5, 2017, Magistrate Judge Hoffman entered a report and recommendation that I dismiss the plaintiff's complaint without prejudice because the plaintiff appears to have abandoned the case. ECF No. 3. Plaintiff Iman Hakimi did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Judge Hoffman's report and recommendation **(ECF No. 3) is accepted**. The plaintiff's complaint is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 1st day of February, 2017.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE